UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2120

FILED 2008 JUL 14 AM 9:20 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **WILLIAM JESUS AMEZCUA-FLORES, aka Willie,** Defendant. | Magistrate Case No. COMPLAINT FOR VIOLATION OF: Title 21, U.S.C., Section 841(a)(1), 846, Title 18, U.S.C. Section 2 Conspiracy to Distribute a Controlled Substance |

The undersigned complainant, being duly sworn, states:

From a unknown date continuing up to on or about July 11, 2008, within the Southern District of California and elsewhere, defendant William Jesus AMEZCUA-FLORES, aka Willie, did knowingly and intentionally conspire and agree other persons known and unknown to distribute controlled substances, to wit: 500 grams and more of methamphetamine, a Schedule II controlled substance, and one kilogram and more of heroin, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846 and Title 18, United States Code, Section 2.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Natalie Lambert
SIGNATURE OF COMPLAINANT
Natalie Lambert
Special Agent
Federal Bureau of Investigation

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14th DAY OF JULY 2008.

CATHY A. BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Natalie Lambert, declare under penalty of perjury that the following statement is true and correct:

1. I am a duly appointed Special Agent of the FBI having been employed as such since May 15, 2005. I am authorized to investigate violations of the federal narcotics laws, to include Title 21, USC, Section 841 (a)(1) and 846.

2. Since February 2008, I have been involved in a multi-agency investigation being conducted by Special Agents of the Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), and San Diego Police Department (SDPD), investigating the drug trafficking activities of Raul Rodriguez-Orozco, Juan Perez-Mascurro, Alexander Florencio Mayorquin, William Jesus AMEZCUA-FLORES and others. The investigation involved traditional investigative means and, in addition, included court-authorized wiretap interceptions of cellular telephones used by Raul Rodriguez-Orozco, Juan Ramon Perez-Mascurro, Alexander Mayorquin, and others which began in February of 2008. Intercepted conversations since February of 2008 which are referenced in the below information were obtained during the course of the court-authorized interceptions. Information contained within brackets [ ] from those calls are your affiant and other agents' interpretations of the meaning of terms utilized by the subjects based upon law enforcement training and experience and upon specific information gained through the course of the current investigation.

<u>Undercover Drug Purchases in October and November of 2007</u>

3. In October 2007, agents learned of a San Diego Police Department (SDPD) investigation into heroin distribution activities in downtown San Diego. The investigation involved the introduction of an undercover officer (UCO) to a San Diego heroin distributor identified as Robert James Pope. During subsequent undercover operations, the UCO discussed the purchase of heroin with Pope over the telephone, and Pope subsequently sent his girlfriend, a woman named Bianca Davis, to meet with the UCO and obtain the purchase money. Pope was, at the time, the subject of a parole warrant and so he did not leave the motel room in which he and Davis were staying
.

4. On October 9, 2007, during a covert purchase of approximately 7 grams of heroin from Pope, Davis obtained the purchase money from the UCO and was then observed meeting with a man named Richard Llanes in downtown San Diego to obtain the heroin. On October 10, 2007, during a covert purchase of approximately 20 grams of heroin from Pope, Davis again obtained the purchase money from the UCO and was then observed meeting with Llanes. Davis relayed to Pope, who then relayed to the UCO, that due to the quantity of heroin being purchased, Llanes had to go "further out" to obtain the heroin. Llanes was observed taking the trolley to National City, where Llanes was observed entering the passenger side of a gray Nissan Sentra bearing California license plate 5PIF129 and registered in the name Raul Rodriguez. Agents have previously observed this vehicle being driven by Raul Rodriguez-Orozco on numerous occasions. Llanes was driven in the Sentra to the next trolley stop where he exited the vehicle, and Llanes subsequently delivered the heroin to Davis, who gave it to the UCO.

5. Agents in the current investigation became aware of the San Diego Police Department undercover operation after the October 10, 2007 purchase. Based upon the apparent involvement of Rodriguez-Orozco, agents then coordinated with the San Diego Police Department and provided investigative support and funding for two additional drug purchases. On October 17, 2007, during a covert purchase of approximately 18 grams of heroin from Pope, Davis again obtained the purchase money from the

UCO and was then observed meeting with Llanes. On this occasion, Davis accompanied Llanes on the trolley to National City, where Llanes was observed meeting with Raul Rodriguez-Orozco, who was driving the gray Nissan Sentra. Davis waited at the trolley stop while Llanes met with Rodriguez-Orozco at the AM/PM gas station nearby. After Llanes exited the Sentra, Llanes was observed meeting with Davis and giving her an object from within his sock. Davis then returned to San Diego alone on the trolley and provided the heroin to the UCO. After leaving the meeting with Llanes, Rodriguez-Orozco was observed traveling to 1014 S. Evans Street, where he stopped briefly and spoke to an unknown individual in the street. Rodriguez-Orozco handed an unknown object to the individual before driving away.

6. On November 1, 2007, during a covert purchase of approximately 18 grams of heroin from Pope, Davis again obtained the purchase money from the UCO and was again observed meeting with Llanes. Llanes was observed taking the trolley to National City, where he again met with Rodriguez-Orozco, who was with another unknown male, in the gray Nissan Sentra. Llanes was dropped off at the trolley stop, and was observed traveling back to downtown San Diego where he met with Davis. Davis was observed retrieving an object from Llanes' sock, at which time she walked back to the UCO and provided the heroin to him.

March 10, 2008, Delivery of Heroin by Juan Perez-Mascurro

7. Throughout the initial period of wire interceptions there were numerous intercepted conversations between Richard Llanes, the San Diego street level drug dealer mentioned above, and Raul Rodriguez-Orozco and Juan Perez-Mascurro. Llanes was intercepted in multiple calls arranging for purchases of heroin from the two, and on March 10, 2008, he was arrested in possession of heroin. On that date at 3:07 p.m., Richard Llanes, in an intercepted call with Juan Perez-Mascurro, asked if he could see Perez-Mascurro, to which Perez-Mascurro said yes. Llanes said that he had all of his money and he had his "first account" [Llanes would bring money which he owed to Perez-Mascurro for past drug deliveries]. Llanes said he was leaving then and would call Perez-Mascurro when he was passing "12th" [12th Street trolley stop]. At 3:44 p.m., Llanes told Perez-Mascurro in a phone call that he was passing 12th and would be at the bus stop in three minutes. In a follow-up call at 3:54 p.m., Llanes told Perez-Mascurro that he was at the bus stop.

8. Pursuant to the above conversations, agents/officers conducted surveillance at the 28th Street trolley station. At approximately 3:47 p.m., Richard Llanes was observed on the platform at the 28th Street trolley station. Llanes was observed walking up 28th Street to a bus bench. At approximately 3:55 p.m., Llanes was observed entering a green Dodge pickup truck, bearing California license plate 8F73471 and registered to Juan Perez. The Dodge truck was observed being driven around the area and then Llanes was dropped off at the 28th Street trolley station. Llanes was observed traveling back to the downtown area where Llanes was arrested by San Diego Police Department (SDPD) officers. Llanes was in possession of approximately 1/4 ounce of heroin which was concealed in Llanes' right sock at the time of his arrest. At the time of his arrest Llanes also possessed a handwritten list of telephone numbers which contained the telephone number of Juan Perez-Mascurro listed under "J.A.", a number for Raul Rodriguez-Orozco listed under "R"; and the telephone number of a phone Rodriguez-Orozco had temporarily suspended the use of in February after he identified law enforcement surveillance was also listed under "R" but was scratched out.

March 21, 2008 Heroin Delivery

9. On March 21, 2008, Special Agents of the DEA were involved in an investigation, which resulted in the arrest of Jose Eduardo Contreras-Lopez for distribution of heroin to a Cooperating Source (CS). Prior to the arrest on March 21, 2008, DEA agents conducted surveillance at the residence of Contreras and observed a gray Nissan Sentra, bearing California license plates 5PIF129, and typically driven by Raul Rodriguez-Orozco, arrive at Contreras' residence. Shortly after the Nissan departed, Contreras exited his residence and subsequently distributed approximately five ounces of heroin to the CS. When

Rodriguez-Orozco learned that Contreras had been arrested, he fled his residence and stayed in a local hotel for several days. Raul Rodriguez-Orozco was intercepted over the court-authorized wiretap discussing the fact that Contreras was arrested, and that Rodriguez-Orozco still owed his (Rodriguez-Orozco's) narcotics supplier for the five ounces of heroin seized from Contreras.

10. On April 3, 2008, interceptions indicated that Alexander Florencio Mayorquin met with Raul Rodriguez-Orozco for the purpose of collecting money for narcotics which were previously delivered.

a. On April 3, 2008, Raul Rodriguez-Orozco was intercepted over a court-authorized wiretap talking to Alexander Mayorquin. During the call, Rodriguez-Orozco told Alexander Mayorquin that "Panza" [Juan Perez-Mascurro] wasn't answering his phone. Alexander asked if "he" [Perez-Mascurro] had the "invoices" [money]. Raul said "he" [Perez-Mascurro] needed to bring "them" [money] over, because Raul wanted to send money over for the "Mexican ones" [unknown type of narcotics, probably heroin].

b. Later on the same date, Raul Rodriguez-Orozco was intercepted over a court-authorized wiretap talking to Juan Perez-Mascurro. During the call, Raul Rodriguez-Orozco asked Juan Perez-Mascurro if they (Raul and Juan) were going to pay "him" [Alexander Mayorquin] for "one of these" [unknown quantity of narcotics], to which Juan said no. Raul said "for the movies, the Mexican ones" [unknown quantity of narcotics, probably heroin] so they could "settle the account" [pay what is owed]. Juan said they would pay for those. Juan asked if Raul wanted him to head "over there" [stash location], to which Raul told Juan to come over "now" because "the guy" [Alexander Mayorquin] already called.

c. Later on the same date, Raul Rodriguez-Orozco was intercepted talking to Alexander Mayorquin. During the call, Rodriguez-Orozco asked Alexander Mayorquin how long before he's "there" [stash location] because he finally got hold of "Panza" [Juan Perez-Mascurro]. Alexander Mayorquin responded that he was close by.

d. Later on the same date, Raul Rodriguez-Orozco was intercepted talking to Juan Perez-Mascurro. During the call, Raul Rodriguez-Orozco told Juan Perez-Mascurro to go "over there" [stash location] now, because "he's already there" [Alexander Mayorquin was at the stash location].

e. On April 3, 2008, pursuant to the above interceptions, agents/officers conducted surveillance in the vicinity of 2143 Ocean View Boulevard, San Diego, California. At approximately 1:30 p.m., officers observed a Nissan Sentra, bearing California license plate 5PIF129, which is typically driven by Raul Rodriguez-Orozco, parked on Ocean View Boulevard in the vicinity of the residence. At approximately 1:37 p.m., officers observed a Toyota Matrix, California license plate 5RID151, departing the area of 2143 Ocean View Boulevard.

<u>April 3, 2008, 60 gram Methamphetamine Delivery by Juan Perez-Mascurro</u>

11. On April 3, 2008, interceptions over Juan Perez-Mascurro's phone indicated that Perez-Mascurro was going to deliver two ounces of an unknown type of narcotics (later found to be crystal methamphetamine) to an individual named Jocelyn Lim.

12. At approximately 11:28 a.m., in an intercepted call Jocelyn Lim asked Juan Perez-Mascurro if he got "some" [narcotics]. Perez-Mascurro replied that he thought so. Lim said that she needed "two ounces" [of an unspecified type of narcotics] in one hour. Perez-Mascurro stated that he would call her back in 40 minutes. In a call at approximately 2:20 p.m., Jocelyn Lim asked if Juan Perez-Mascurro was "ready for her" [whether Juan had the narcotics], to which Perez-Mascurro said yes. Lim repeated that she needed "two ounces." Lim further told Perez-Mascurro that she would meet him at Chuck E. Cheese in an hour. Perez-Mascurro asked if Lim wanted to meet earlier, to which Lim asked if Perez-Mascurro could meet her in half an hour. At approximately 2:56 p.m., Jocelyn Lim told Juan Perez-Mascurro that she was at Chuck E.

Cheese. Perez-Mascurro said he was on his way. IN a call at approximately 3:41 p.m., Perez-Mascurro told Lim to follow him. Lim asked if he was in the green pick-up, to which Perez-Mascurro said yes.

13. Pursuant to the above interceptions, agents/officers conducted surveillance in the vicinity of the Chuck E. Cheese restaurant near Plaza Boulevard and L Street. At approximately 3:40 p.m., officers observed Perez-Mascurro's green Dodge Dakota pick-up truck approach a white BMW, bearing California license plate 5WCU512, which was parked behind the Chuck E. Cheese restaurant. Both vehicles then departed the parking lot and went down a residential street nearby. Shortly thereafter, the Dodge Dakota exited the residential street and departed the area. San Diego Police Department (SDPD) officers subsequently conducted a traffic stop of the white BMW, which was driven by Lim. A search was conducted of Lim's vehicle, at which time approximately two ounces of crystal methamphetamine was seized. Lim was arrested by SDPD at that time. A subsequent review of Lim's cell phone memory indicated recent call activity with Perez-Mascurro's phone.

<u>April 18, 2008 Seizure of 14 Pounds of Methamphetamine</u>

14. On April 18, 2008, Adrian Jovan Rocha was arrested at the San Ysidro Port of Entry (POE), while attempting to enter the U.S. in a white Toyota Matrix, bearing California license plate 5RID151, which contained approximately fourteen (14) pounds of methamphetamine in a concealed compartment. The same Toyota Matrix, bearing California license plate 5RID151, had been observed on February 13, 2008 and March 13, 2008, at a location on Ocean View Boulevard, when intercepted conversations indicated that Raul Rodriguez-Orozco expected to receive a shipment of narcotics.

15. On April 19, 2008, Raul Rodriguez-Orozco was intercepted over a court-authorized wiretap talking to Juan Ramon Perez-Mascurro. During the conversation, Rodriguez-Orozco told Perez-Mascurro not to say anything, but "they busted the kid" [law enforcement arrested Rocha]. Perez-Mascurro asked which one, to which Rodriguez-Orozco responded, the one that "Chepe" [their drug source of supply] used to send.

<u>Investigative Information Passed to the Drug Trafficking Organization in May 2008</u>

16. During the course of the investigation, in May of 2008, agents became aware of a San Diego Police Department patrol officer who was in contact with the subjects of the investigation and was suspected of supplying them with law enforcement sensitive information regarding the pending investigation. Below is a summary of the information obtained.

17. On May 7, 2008, at approximately 1:52 P.M., in an intercepted call, Alexander Mayorquin was intercepted talking to William Jesus AMEZCUA-FLORES, aka Willie. Alexander said that he needed to talk to AMEZCUA-FLORES, so that AMEZCUA-FLORES could talk to "Corrupto" [at that time, an unknown individual but later identified as a San Diego Police Department officer whose first name is Juan (hereinafter referred to as Corrupto)]. AMEZCUA-FLORES said that Alexander should have let AMEZCUA-FLORES know, because AMEZCUA-FLORES was working with "him" [Corrupto], taking apart a restaurant.[1/] AMEZCUA-FLORES said that he would work with "him" [Corrupto] again tomorrow.

18. On May 8, 2008, intercepted calls indicated that Alexander Mayorquin asked William Jesus AMEZCUA-FLORES, aka Willie, to request that a police officer obtain information regarding the arrest of the narcotics load car driver Adrian Rocha, mentioned previously. Further, interceptions indicated that the

---

[1/] On May 7, 2008, toll records indicate there were six (6) calls between a telephone used by the SDPD officer referred to by AMEZCUA-FLORES and Mayorquin as "Corrupto" and telephone number (619) 495-4950 (used by AMEZCUA-FLORES) between 8:12 a.m. and 9:56 a.m.

police officer, Corrupto, had told AMEZCUA-FLORES to relay to Alexander Mayorquin that he should not cross into the U.S. from Mexico on that night, due to a law enforcement operation. At approximately 1:13 p.m., Alexander Mayorquin was intercepted in a call talking to William Jesus AMEZCUA-FLORES, aka Willie. AMEZCUA-FLORES asked Alexander "it's Rocha what?," to which Alexander said "Adrian Rocha" [name of the load car driver who was arrested]. AMEZCUA-FLORES responded that "Juan" [subsequently identified as SDPD Officer whose first name is Juan] was going to come over, as soon as he got his patrol car. Toll records for May 8, 2008 indicate that the telephone of Corrupto contacted telephone number (619) 495-4950, AMEZCUA-FLORES' phone number, via the direct connect feature, at approximately 9:22 a.m.

19. At approximately 4:04 p.m., in an intercepted call, Alexander Mayorquin asked if AMEZCUA-FLORES had met with "him" [Corrupto], to which AMEZCUA-FLORES said he had. AMEZCUA-FLORES told Alexander that he had to get him the correct name, and that AMEZCUA-FLORES had to bring him everything written down because "he" [Corrupto] had to check that over at the police station. Alexander repeated that the name was Adrian (Rocha). AMEZCUA-FLORES said that he was going to write it down correctly and leave it at "his" [Corrupto's] house. Toll records for May 8, 2008 indicate that the telephone used by Corrupto contacted telephone number (619) 495-4950, via the direct connect feature, at approximately 4:22 p.m.

20. At approximately 5:52 p.m., in an intercepted call, AMEZCUA-FLORES said that "we" at least need the guy's date of birth. Alexander said that he would ask to see if "they" know. AMEZCUA-FLORES said that "he" [Corrupto] said that whatever information Alexander could get on the guy would make things better [easier to search]. AMEZCUA-FLORES further said that "he" [Corrupto] hadn't been able to check it because he was in his patrol car, and that "he" [Corrupto] won't go into the police station until "he [Corrupto] goes to drop it off [Corrupto's patrol car is part of a pool, and he returns the car to the station at the end of his shift]. Toll records for May 8, 2008 indicate that the telephone used by Corrupto contacted telephone number (619) 495-4950, via the direct connect feature, at approximately 5:52 p.m.

21. At approximately 9:14 p.m., in an intercepted call, Alexander Mayorquin told AMEZCUA-FLORES that it was "November 23, 1987" [Adrian Rocha's date of birth]. AMEZCUA-FLORES confirmed the name was Adrian Rocha. Toll records for May 8, 2008 indicate that telephone number (619) 495-4950 contacted the telephone used by Corrupto, via the direct connect feature, at approximately 9:18 At approximately 9:20 p.m., in an intercepted call, AMEZCUA-FLORES told Alexander that he (AMEZCUA-FLORES) was just talking to "Juan" [Corrupto]. AMEZCUA-FLORES said that "Juan" [Corrupto] told AMEZCUA-FLORES that "he" needed to talk to Alexander over the phone, because there was a problem. AMEZCUA-FLORES further said that "Juan" [Corrupto] said he was with a new group and that he was going to talk to Alexander, for Alexander not to cross right now. Alexander confirmed that he should stay there [Tijuana, Mexico] to which AMEZCUA-FLORES said yes. AMEZCUA-FLORES said that there are some problems over there and "he" (Corrupto) said just tell him (Alexander) not to cross and that "he" would talk to Alexander tomorrow over the phone. AMEZCUA-FLORES said that "Juan" [Corrupto] was going to go to the warehouse and would call Alexander from AMEZCUA-FLORES's cell phone.

22. On May 9, 2008, agents learned that San Diego Police Department (SDPD) Narcotics Detectives, who have been assisting with this investigation, had been involved in an Immigration and Customs Enforcement (ICE) covert operation on May 8, 2008. Agents ascertained that a San Diego Police Department officer whose first name is Juan, who is a patrol officer with SDPD, was assisting with the operation as part of his duties while assigned to the Border Crimes Task Force. Agents also ascertained that this officer knew at least two of the Narcotics Detectives. On May 8, 2008, agents conducted surveillance of a residence located in San Diego, California, which was associated with the subscriber of William Jesus AMEZCUA-FLORES, aka Willie's, telephone. On May 8, 2008, surveillance agents learned that William Jesus AMEZCUA-FLORES, aka Willie, was employed at a local business in San Diego, California. Agents also learned that the patrol officer named Juan's family owns that business.

23. On May 9, 2008, intercepted calls indicated that Corrupto had looked at an organizational chart which had been prepared in support of this investigation and which had been shared with SDPD Narcotics Detectives. The chart contained names and photographs of primary subjects. Interceptions indicated that Corrupto had relayed information about that chart to William Jesus AMEZCUA-FLORES, aka Willie.

24. On May 9, 2008, at approximately 2:57 p.m., in an intercepted call, William Jesus AMEZCUA-FLORES, aka Willie, told Alexander Mayorquin that he (AMEZCUA-FLORES) had been talking to "Juan" [Corrupto].[2/] AMEZCUA-FLORES said that it wasn't Alexander's mess, or Ruben's, but that it's a guy from down south. AMEZCUA-FLORES told Alexander that "they" [law enforcement] have "his" [the guy from down south, referring to a subject of the investigation] last name and everything. AMEZCUA-FLORES said that "they" [law enforcement] have his pictures and the ones of about seven other guys. AMEZCUA-FLORES added that "he" [Corrupto] said that he didn't see the names well, and he couldn't be checking [Corrupto was unable to scrutinize the chart]. AMEZCUA-FLORES further said that "he" [Corrupto] was going to get the "paper" [chart] today. Alexander asked who was the one that had that thing [chart], to which AMEZCUA-FLORES stated that "they" [law enforcement] are working on an operation right now, and they have pictures from Nayarit of a guy. AMEZCUA-FLORES said that he didn't remember the name that "the guy" [Corrupto] gave AMEZCUA-FLORES, but that "he" [Corrupto] asked "Is Alex a Mayorquin?" to which AMEZCUA-FLORES had responded yes. AMEZCUA-FLORES stated that "he" [Corrupto] said that it [the name] sounded familiar to him. Alexander mentioned a name to AMEZCUA-FLORES, which AMEZCUA-FLORES confirmed was correct. AMEZCUA-FLORES said that "he" [Corrupto] was going to try to get the paper so that Alexander could see all of the pictures. AMEZCUA-FLORES further said that Alexander didn't have a problem [with law enforcement], that Alexander should cross over so they could talk and so that Alexander could look at the pictures to see if it was one of Alexander's uncles. AMEZCUA-FLORES told Alexander that "he" [Corrupto] said that he was with a group of detectives that were friends of his and that they were talking, and "he" [Corrupto] asked what was up with the deal at the border. AMEZCUA-FLORES said that "he" [Corrupto] was told that they [detectives] have a lot of jobs and this is the big job that they gave us right now.[3/] AMEZCUA-FLORES stated that "he" [Corrupto] said that he was going to try to get the "paper" [chart] that afternoon, so that he could see all of the names. AMEZCUA-FLORES further stated that "he" [Corrupto] said that "they" [detectives] are all his friends but that he (Corrupto) couldn't just say "give it to me because I know one of those guys." AMEZCUA-FLORES said that "he" [Corrupto] said that he would have to pretend that he was playing and say "Let me see that thing" [chart]. AMEZCUA-FLORES also said that if "he" [Corrupto] couldn't do it [get the chart] then he would memorize the names and give them to AMEZCUA-FLORES. AMEZCUA-FLORES then told Alexander that "he" [Corrupto] said that he would have "this guy's" thing [Adrian Rocha's arrest information] at about 8:00. AMEZCUA-FLORES concluded by saying that "he" [Corrupto] said that he was going to keep adding up the beers, and that Alexander owed him a night out drinking.

25. On May 9, 2008, at approximately 9:07 p.m., in an intercepted call, William Jesus AMEZCUA-FLORES, aka Willie, told Alexander Mayorquin that "he" [Corrupto] had said that was the only

---

2/ Toll records for May 9, 2008 indicate that the telephone used by Corrupto contacted telephone number (619) 495-4950 at approximately 12:05 p.m.

3/ Agents learned that a SDPD Detective had provided some information about this investigation to Corrupto, specifically that they were conducting surveillance of Subjects in San Diego and that some arrests had been made. Agents believe that Corrupto did not understand that the operational activity in which he was participating on May 8th and May 9th was part of a separate ICE investigation, and that instead Corrupto confused that ICE operation with this investigation.

Mayorquin [that appeared on the chart]. AMEZCUA-FLORES also said that about Rocha, that it didn't show him as being detained, but that "he" [Corrupto] was going to check somewhere else, with the "Feds" [NCIC]. AMEZCUA-FLORES told Alexander that "he" [Corrupto] said that the only thing that came up was that he (Rocha) had a suspended license.[4/] AMEZCUA-FLORES provided additional information to Alexander which Corrupto had provided regarding the chart, including the fact that the photograph of a subject was from Mexico, and that "they" [law enforcement] had all his connections. AMEZCUA-FLORES said that there was something about a guy from that side [U.S.] who they are only surveilling, and that the guy was connected with Alexander's relative. AMEZCUA-FLORES said that "he" [Corrupto] wanted AMEZCUA-FLORES to tell Alexander to be on the lookout and that there would be a "checkpoint" [possibly law enforcement activity at the border] all week long. AMEZCUA-FLORES said that if Alexander stopped by AMEZCUA-FLORES's house that AMEZCUA-FLORES could show Alexander "Juan's message" [text message or email sent by Corrupto].

26. On May 17, 2008, at approximately 3:51 p.m., in an intercepted call, William Jesus AMEZCUA-FLORES was intercepted telling Alexander Mayorquin that "Juan" [Corrupto] had told AMEZCUA-FLORES "some things" and that AMEZCUA-FLORES wanted to tell Mayorquin what "he" [Corrupto] had said. Mayorquin asked where AMEZCUA-FLORES was, to which AMEZCUA-FLORES said he was at "Los Laureles" [location in Tijuana, Mexico]. Alexander Mayorquin said that he would go over there.

27. On May 15, 2008, Alexander Mayorquin was intercepted over a court-authorized wiretap talking to another individual. During the conversation, this person inquired whether Alexander Mayorquin had received the number [inmate booking number] for Adrian Jovan Rocha. Mayorquin-Villa then asked Alexander Mayorquin where [in Tijuana] he (Alexander) had turned the car over to "him" [Adrian Rocha]. Alexander responded "at El Rubi" [location in Tijuana]. That individual asked if it was at a particular house or out in public, to which Alexander replied "in public."

May 20, 2008 Seizure of Methamphetamine and Heroin

28. On May 20, 2008, at approximately 11:41 a.m.,Rodriguez-Orozco was intercepted in a telephone call talking to an individual named Michael Martin Perez. Perez said that he was sent to pick up some "DVD's" [pounds of methamphetamine]. Perez said that he was on Interstate 805. Rodriguez-Orozco told Perez to go to Rodriguez-Orozco's house because he (Rodriguez-Orozco) had "two" [two pounds of methamphetamine] there, and then they would go "over there" [to a drug stash location]. Perez said that he would prefer to meet Rodriguez-Orozco "over there" [stash location]. Rodriguez-Orozco told Perez to go over to Rodriguez-Orozco's house because he needed to take "that" [methamphetamine] and he (Rodriguez-Orozco) didn't have a driver's license.

29. Pursuant to the above interceptions, agents conducted physical surveillance in the vicinity of Rodriguez-Orozco's residence at 3203 Marlborough Avenue, San Diego, California. At approximately 11:59 a.m., a white Chevrolet Suburban, bearing Mexico license plates, was observed arriving at 3203 Marlborough Avenue, San Diego, California. Raul Rodriguez-Orozco entered the passenger seat of the Suburban and it departed the area. The Suburban was followed to the vicinity of 2143 Ocean View Boulevard, San Diego, California ( the area of a known drug stash house used by Rodriguez-Orozco and Perez-Mascurro), where the Suburban was observed driving in the alley directly behind the residence. At approximately 12:29 p.m., the Suburban departed the alley behind 2143 Ocean View Boulevard, San Diego, California and traveled north on Interstate 5.

---

[4/] A review of law enforcement database queries from May 9, 2008 revealed that a records check was conducted on Adrian Rocha under Corrupto's assigned user number.

30. A subsequent traffic stop was conducted by California Highway Patrol (CHP) who determined that the driver of the Suburban was Michael Martin Perez. A narcotics detection dog alerted positive to the rear area and gas tank area of the Suburban. The CHP officer also observed a non-factory bonding substance around the gas tank. A subsequent search of the vehicle resulted in identification of a concealed compartment, and the seizure of 7.68 pounds of methamphetamine and approximately 2.77 pounds of heroin. Following the arrest of Michael Martin Perez, intercepted telephone calls involving Raul Rodriguez-Orozco, Juan Perez-Mascurro, and others indicated that they suspected that they were being investigated by law enforcement

<u>July 2, 2008 Interceptions and Surveillance</u>

31. On July 2, 2008, intercepted calls indicated that Alexander Mayorquin delivered two pounds of methamphetamine to Juan Perez-Mascurro. On July 2, 2008, at approximately 4:30 p.m., Raul Rodriguez-Orozco was intercepted talking to Alexander Mayorquin. During the call, Alexander said he was going to deliver the "DVD's" [methamphetamine]. Rodriguez-Orozco asked how many, to which Alexander said "two" [two pounds of methamphetamine]. Rodriguez-Orozco told Alexander to take "them" [narcotics] out somewhere, or they could take them out at Raul's house. Alexander said he could take them out, but Rodriguez-Orozco had to go pick them up. Rodriguez-Orozco asked where, to which Alexander said Chula Vista. Rodriguez-Orozco said that was too far, and that he doesn't have a license. Alexander said that he had no other place. Rodriguez-Orozco repeated that he does not have a license, and that "Juan" [Perez-Mascurro] was almost "out" [of work].

32. At approximately 4:34 p.m., Juan Perez-Mascurro was intercepted was intercepted talking to Alexander Mayorquin. During the call, Alexander asked if "Raul" [Raul Rodriguez-Orozco] had called Perez-Mascurro, to which Perez-Mascurro said yes. Perez-Mascurro said he was at the DMV and it would have to wait until he was done. Alexander said he would arrive in 1/2 hour and would call Perez-Mascurro.

33. At approximately 5:36 p.m., Juan Perez-Mascurro was intercepted talking to Alexander Mayorquin. During the call, Alexander asked if Perez-Mascurro was "out" [of the DMV], to which Perez-Mascurro said yes. Alexander said he was on Palm south of Main Street. Alexander told Perez-Mascurro to make a right turn at Autozone, and to call Alexander when he was there.

34. Pursuant to the above interceptions, agents/officers conducted surveillance of Juan Perez-Mascurro. Perez-Mascurro was observed departing the vicinity of the DMV office in Chula Vista, and traveling to a business in San Diego, California. Perez-Mascurro was observed parking near that business. Agents observed Alexander Mayorquin enter the passenger side of Perez-Mascurro's pickup truck, carrying a white bag. Shortly thereafter, Alexander exited the truck without the bag. Perez-Mascurro then departed the area and traveled to the vicinity of 5430 Churchward Street, San Diego, California, which is believed to be used by Perez-Mascurro for temporary storage of narcotics.

<u>July 10, 2008 Arrests and Searches</u>

35. On July 10, 2008, intercepted telephone conversations revealed that Alexander Florencio Mayorquin was going to pick up money from Raul Rodriguez-Orozco and Juan Ramon Perez-Mascurro. Based upon a number of intercepted calls on that day agents/officers established surveillance in the area of the same business mentioned above, where Alexander Mayorquin was identified as the driver of a vehicle which was followed from the location. Mayorquin was followed to a location in Chula Vista, California, where he met with Raul Rodriguez-Orozco and Juan Ramon Perez-Mascurro, who had arrived together in a separate vehicle. At that location the money was transferred from the other two to Mayorquin, at which time Mayorquin departed in his vehicle and the two others departed in their vehicle. At that time all three individuals were arrested. Upon Mayorquin's arrest a large quantity of bundled U.S. currency was found in his possession. Search warrants were then executed after the arrests. Among the items found during the

search of the residence used by Juan Perez-Mascurro on 5430 Churchward Street, San Diego were distributable quantities of both methamphetamine and heroin. Additional heroin and methamphetamine were found during a search of the suspected drug stash house of Rodriguez-Orozco and Perez-Mascurro on Ocean View Boulevard in San Diego, and distributable quantities of heroin were found in the vehicle which Rodriguez-Orozco and Perez-Mascurro had driven to the meeting.

36. After the arrest of Alexander Mayorquin on July 10, 2008, there were intercepted calls that day where associates of Mayorquin were trying to determine whether Mayorquin had been arrested. By July 11, 2008, the arrest of Alexander Mayorquin became known to his associates, and that afternoon a call was intercepted between William Jesus AMEZCUA-FLORES and Corrupto, where AMEZCUA-FLORES told Corrupto that he needed to meet with him to tell him something. The two agreed to arrange a meeting once AMEZCUA-FLORES crossed the border into the United States. Later that afternoon, AMEZCUA-FLORES crossed into the United States after which he was arrested. After being read his Miranda rights he was questioned about his relationship with Alexander Mayorquin and the police officer named Corrupto. While AMEZCUA-FLORES admitted that he knew both of the individuals and admitted to asking Corrupto to do a records check on an individual, he said that it was because he and Alexander Mayorquin had thought that Adrian Rocha had stolen a car. However, when questioned about this story he could not say what type of car was allegedly stolen or from where it was stolen. Based upon the above related information, I believe that William Jesus AMEZCUA-FLORES is involved in a conspiracy to distribute controlled substances, in violation of Title 21, USC, Section 841 (a)(1) and 846 and Title 18, U.S.C. Section 2.

Executed on July 12, 2008

Natalie Lambert
Natalie Lambert
Special Agent, FBI

On the basis of the facts presented in this probable cause statement consisting of 10 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense of conspiracy to distribute controlled substances in violation of Title 21, U.S.C., Section 841(a)(1), 846, and Title 18, U.S.C. Section 2.

____________________________
Cathy A. Bencivengo
United States Magistrate Judge

__________________
Date/Time

search of the residence used by Juan Perez-Mascurro on 5430 Churchward Street, San Diego were distributable quantities of both methamphetamine and heroin. Additional heroin and methamphetamine were found during a search of the suspected drug stash house of Rodriguez-Orozco and Perez-Mascurro on Ocean View Boulevard in San Diego, and distributable quantities of heroin were found in the vehicle which Rodriguez-Orozco and Perez-Mascurro had driven to the meeting.

36. After the arrest of Alexander Mayorquin on July 10, 2008, there were intercepted calls that day where associates of Mayorquin were trying to determine whether Mayorquin had been arrested. By July 11, 2008, the arrest of Alexander Mayorquin became known to his associates, and that afternoon a call was intercepted between William Jesus AMEZCUA-FLORES and Corrupto, where AMEZCUA-FLORES told Corrupto that he needed to meet with him to tell him something. The two agreed to arrange a meeting once AMEZCUA-FLORES crossed the border into the United States. Later that afternoon, AMEZCUA-FLORES crossed into the United States after which he was arrested. After being read his Miranda rights he was questioned about his relationship with Alexander Mayorquin and the police officer named Corrupto. While AMEZCUA-FLORES admitted that he knew both of the individuals and admitted to asking Corrupto to do a records check on an individual, he said that it was because he and Alexander Mayorquin had thought that Adrian Rocha had stolen a car. However, when questioned about this story he could not say what type of car was allegedly stolen or from where it was stolen. Based upon the above related information, I believe that William Jesus AMEZCUA-FLORES is involved in a conspiracy to distribute controlled substances, in violation of Title 21, USC, Section 841 (a)(1) and 846 and Title 18, U.S.C. Section 2.

Executed on July 12, 2008

Natalie Lambert
Natalie Lambert
Special Agent, FBI

On the basis of the facts presented in this probable cause statement consisting of 10 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense of conspiracy to distribute controlled substances in violation of Title 21, U.S.C., Section 841(a)(1), 846, and Title 18, U.S.C. Section 2.

Cathy A. Bencivengo
United States Magistrate Judge

7/12/08 @ 9:24 am
Date/Time