ORIGINAL

KAREN P. HEWITT
United States Attorney
JOSEPH S. SMITH, JR.
Assistant U.S. Attorney
California State Bar No.200108
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5669

Attorney for Plaintiff
United States of America

FILED
08 JUL 25 AM 11:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. WILLIAM JESUS AMEZCUA-FLORES, Defendant. | Case No. 08mj2120-CAB<br>PROTECTIVE ORDER |

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure pertaining to pretrial discovery, and to prevent premature and unwarranted disclosure of evidence to potential targets, subjects, and witnesses, and unrelated third parties,

IT IS HEREBY ORDERED that the defendant, his counsel of record, and the counsel's assistants, as hereafter defined, shall not disclose the substance of any discovery material received from the Government in the above-captioned matter, including all wiretap documents, to any third party, unless such material is already a matter of public record, without prior approval of this Court;

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure,

IT IS FURTHER ORDERED that the United States Attorney and the Assistant United States Attorney assigned to this case (hereafter collectively referred to as "the Government") and their assistants, the defendant, his counsel and their assistants, shall not disclose the substance of any discovery material produced to the defendant or obtained by the Government from the defendant, unless such material is already a matter of public record, to representatives of the media or other third parties not involved in any way in the investigation or prosecution of the case;

JSS:klb:Orders:Never-Ending Story:Protective Order_Amezcua-Flores
July 22, 2008



CR

Except that nothing contained herein shall prevent the Government, or any defendant or his counsel, from disclosing such discovery material to any other attorneys working for the Government, the defendant or his counsel, government agents (federal, state or local), private investigators, experts, secretaries, law clerks, paralegals, or any other person who is working for the Government or the defendant and his counsel (collectively referred to as "assistants") in the investigation or preparation of this case or, with respect to the Government and its assistants only, in other criminal investigations, without prior court order;

Further, nothing contained herein shall preclude the Government, defendant or his counsel, or their respective assistants from conducting an investigation of the facts of this case on behalf of the Government or said defendant, or with respect to the Government and its assistants only, from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by said discovery materials, or from taking statements from witnesses disclosed by said discovery materials, or from asking said witnesses if they themselves have made prior statements to the Government that are disclosed in the discovery materials, and about the contents of such statements. In connection with any such investigation, it shall not be necessary that the Government, the defendant or his counsel, or their respective assistants, obtain prior permission of this Court.

Should counsel withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom, shall be returned to the Government within ten (10) days.

Defense counsel and the Government shall be required to communicate the substance of this order and explain it to his client and assistants before disclosing the substance of the discovery to their client or assistants.

SO ORDERED.

DATED: 7/22/08

HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge

I consent to the entry of the attached protective order in the case of United States v. William Jesus Amezcua-Flores, Case No. 08mj2120-CAB.

DATED: 7/23/2008

JOSEPH S. SMITH, JR.
Assistant United States Attorney

DATED: ______________

OLIVER P. CLEARY
Attorney for defendant
William Jesus Amezcua-Flores

I consent to the entry of the attached protective order in the case of United States v. William Jesus Amezcua-Flores, Case No. 08mj2120-CAB.

DATED: ____________

JOSEPH S. SMITH, JR.
Assistant United States Attorney

DATED: 7-23-08

OLIVER P. CLEARY
Attorney for defendant
William Jesus Amezcua-Flores